# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146668

In re Application of Consumers Energy
Company to Increase Rates.
_____

PHILLIP FORNER,
       Appellant,

v

       SC: 146668
       COA: 296640
       MPSC No: 00-015645

MICHIGAN PUBLIC SERVICE COMMISSION,
METAL TECHNOLOGIES, INC., RAVENNA
CASTING CENTER, and HEMLOCK
SEMICONDUCTOR CORP.,
       Appellees,

and

CONSUMERS ENERGY CO.,
       Petitioner-Appellee.
_____/

      On order of the Court, the application for leave to appeal the October 30, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2013

_____
Clerk

d0422